UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MICHAEL H.,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIZAKAJI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 21cv1522-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3]** |

On August 27, plaintiff Paul Michael H. commenced an action against Kilolo Kizakaji, the Acting Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. Doc. No. 1. Plaintiff also filed an Application to Proceed with his Complaint *in forma pauperis*. Doc. No. 3.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The applicant "'need not be absolutely destitute'" to proceed *in forma pauperis*, but the affidavit must set forth with "'some particularity'" facts showing the applicant "cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citations omitted).

1

1     Here, plaintiff declares that he is unemployed, has no assets, and his sole income is $186.00 in food assistance. *See* Doc. No. 3 at 1-4. Plaintiff's monthly expenses total $186.00 for food, and he reports he otherwise "live[s] off family and friends." *Id.* at 4, 5. Based on the foregoing, the Court finds that plaintiff has shown he lacks the financial resources to pay the filing fee.

    Accordingly, plaintiff's Application to Proceed with his Complaint *in forma pauperis* [Doc. No. 3] is **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 1, 2021

Hon. Karen S. Crawford
United States Magistrate Judge